IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Petr Sedlacek | * | Civil Action No.1:21-04967--WMR |
|     Plaintiff | * | |
| | * | |
|   vs. | * | **TRIAL BY JURY DEMANDED** |
| | * | |
| Ocwen Financial Corporation *et.al.*, | * | |
| Federal National Mortgage | * | |
| Association (Fannie Mae), | * | |
| Mortgage Electronic Registration | * | |
| System Inc. (MERS), | * | |
| | * | |
|     Defendants | * | |

_____

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE PLAINTIFF'S OBJECTIONS**

1      Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Plaintiff respectfully

2  moves this Honorable Court for issuance of an order of an extension of time to

3  allow Plaintiff to completion of Plaintiffs' Objections ("PO") to Magistrate Judge's

4  Final Report and Recommendations ("MJR&R") [Doc.53].

5      Plaintiff requests an extension of time till Wednesday February 7, 2024 for

6  a completion of PO's which is filed consequently after this motion at the stage

7  Plaintiff was able to complete so far.

8      On January 2, 2024 this Court provided Plaintiff with 30 days to file PO,

9    however despite Plaintiff's best effort Plaintiff was not able to fully complete his

10   PO due to the fact that in first week of January Plaintiff contracted either

11   influenza or perhaps COVID. After recovering from the illness Plaintiff diligently

12   worked on his PO which resulted in irritation of Plaintiff's eyes. Plaintiff could

13   not wear his Special Contact Lenses ("SCL") for a day or two twice since January

14   8, 2024 through today January 31, 2024.

15        Plaintiff had to stop wearing  SCL in order to prevent further eye irritation.

16   Generally if Plaintiff does not come the irritation it will end up in eye

17   inflammation which requires a medical intervention as it has happened before.

18        In the morning of January 31, 2024 Plaintiff called the Clerk of the Court

19   and than also left a voice mail for the District Court ADA coordinator Mrs. Green

20   [1][2]   @ 404-215-1304 and with the clerk at Honorable Judge Ray II chambers

---

[1] Since early stages of this case Plaintiff made numerous unsuccessful attempts to schedule a phone conference or oral hearing as is suggested in Section II (a) of Court Standing Order and instruction of Honorable Judge Ray II.

[2] Because the Court repeatedly denied scheduling a phone conference at the end of 2023 Plaintiff was advised to contact Georgia ADA which he did and after several days Plaintiff  received a phone call from US ADA DOJ liaison, the agent instructed Plaintiff contact District Court ADA coordinator which turned up to be Mrs. Green. Plaintiff informed Mrs.Green about the situation, Plaintiff also provided Mrs. Green with some references to Plaintiff pleading which contained Plaintiff medical history names of the doctors and other records pertaining to Plaintiff's emergency care visits. Mrs. Green asked Plaintiff to send her a letter with more information. Plaintiff intended to send the letter after finishing organizing all pleading on the record into a searchable format.

21  @ 404 215 1481 .

22  Plaintiff's request for a 5 days extension is made in a good faith and for good
23  cause.

24  WHEREFORE, Plaintiff respectfully prays that the Court will enter an Order
25  providing Plaintiff with an extension of time up to and including February 7, 2024
26  to file a completed PO to MJR&R") [Doc.53].

27

28  Respectfully submitted, this 1st day of February, 2024

29

30

31
32
33  Petr Sedlacek
34  3498 Hill Lane
35  Acworth, GA 30102
36  Phone (603) 512-9190
37  petr.sed6226@mail.com
38
39
40
41
42
43
44
45

## CERTIFICATE OF COMPLIANCE

This computer-generated document is prepared in Times New Roman 14 point font. Proper spacing complies with FRCP LR Rule 5.1(B) of this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I either e-filed or e-mailed true copy of the foregoing document PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE PLAINTIFF'S OBJECTIONS or that I mailed a copy of the same by a USPS First Class mail to the recipients noted bellow:

Christopher J. Reading
Georgia Bar No.141761
*Attorneys for Federal National Mortgage Association*
ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Rd. N.E.
Suite 700
Atlanta, Georgia 30305
(404) 994 7460 (Telephone)
(888) 344 9628 (Fax)
creading@aldridgepite.com

Petr Sedlacek
3498 Hill Ln
Acworth Ga 30102
Tel: (603) 512 9190

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Petr Sedlacek | * | Civil Action No.1:21-04967--WMR |
|    Plaintiff | * | |
| | * | |
| vs. | * | **TRIAL BY JURY DEMANDED** |
| | * | |
| Ocwen Financial Corporation *et.al.*, | * | |
| Federal National Mortgage | * | |
| Association (Fannie Mae), | * | |
| Mortgage Electronic Registration | * | |
| System Inc. (MERS), | * | |
| | * | |
|    Defendants | * | |

_____

## **ORDER**

Pending before the Court is Plaintiffs Motion for an Extension of Time filed on February1, 2024. Plaintiff's Objections to Magistrate Judge's Final Report and Recommendations ("MJR&R") [Doc.53] are due on February 1, 2024.

For good cause shown, the motion is GRANTED. Plaintiff shall have through and including February 7, 2024, to file his Objections to Magistrate Judge's Final Report

    **IT IS SO ORDERED** this _____ day of _____, 2024.

_____
WILLIAM M. Ray, II
United States District Judge