IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Petr Sedlacek, <br><br> Plaintiff, <br><br> v. <br><br> Ocwen Financial Corporation *et.al.*, <br> Federal National Mortgage <br> Association (Fannie Mae), <br> Mortgage Electronic Registration <br> System Inc. (MERS),, <br><br> Defendant. | Civil Action No. <br><br> 1:21-04967--WMR |

### CERTIFICATE OF CONSENT TO WITHDRAW
### AS COUNSEL FOR PLAINTIFF PETR SEDLACEK

COMES NOW F. Anthony Dawkins and, pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this Certificate of Consent to withdraw as counsel for Plaintiff Petr Sedlacek in this action.

Plaintiff will proceed in this action as a *pro se* litigant.

The undersigned hereby certify that Plaintiff has been advised of the items set forth in LR 83.1(E)(2)(b)(B)-(H). Further, as of the date of the filing of this

1

certificate, the Court has not submitted a pretrial order and there is no trial scheduled in this action.

As evidenced by her signature below, the Plaintiff consents to the requested withdrawal.

Respectfully submitted the 7th day of February 2024.

s/ <i>F. Anthony Dawkins</i><br>
F. Anthony Dawkins<br>
Georgia Bar No. 157904

CONSENTED TO:

| | |
|---|---|
| _____<br>Petr Sedlacek (Feb 8, 2024 12:42 EST)<br>Plaintiff Petr Sedlacek | Feb 8, 2024<br>Date |

s/ *F. Anthony Dawkins*            *February 7, 2024*
F. Anthony Dawkins           Date
Georgia Bar No. 157904 ANTHONY DAWKINS, P.C. 1100 Peachtree Street NE STE 200
Atlanta, GA 30309
(404) 551-5333
Anthony@justice24-7.com

# Notice of Withdrawal (00593619xAB14F)

Final Audit Report 2024-02-08

| | |
|---|---|
| Created: | 2024-02-08 |
| By: | Anthony Dawkins (anthony@justice24-7.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASdYfWr1FgZzSvjneOCt6ezPYCRheA-NX |

## "Notice of Withdrawal (00593619xAB14F)" History

- Document created by Anthony Dawkins (anthony@justice24-7.com)
  2024-02-08 - 4:31:37 AM GMT

- Document emailed to 62petr.sed@mail.com for signature
  2024-02-08 - 4:32:11 AM GMT

- Email viewed by 62petr.sed@mail.com
  2024-02-08 - 5:39:55 PM GMT

- Signer 62petr.sed@mail.com entered name at signing as Petr Sedlacek
  2024-02-08 - 5:42:28 PM GMT

- Document e-signed by Petr Sedlacek (62petr.sed@mail.com)
  Signature Date: 2024-02-08 - 5:42:30 PM GMT - Time Source: server

- Agreement completed.
  2024-02-08 - 5:42:30 PM GMT

Powered by
Adobe
Acrobat Sign