IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETR SEDLACEK, | |
|     Plaintiff, | CIVIL ACTION FILE NO: |
| v. | 1:21-cv-04967-WMR |
| OCWEN FINANCIAL CORPORATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., AND RYAN RIFFLARD | |
|     Defendants. | |

## **ORDER**

Before the Court is Plaintiff Petr Sedlacek's Motion for Extension of Time [Doc. 69]. Plaintiff asks the Court to grant him an additional ten days to file a reply to Defendants' Response [Doc. 68] to his Objections [Doc. 65] to the Magistrate Judge's Report and Recommendation.

Local Rule 72.1(E) provides that objections to a magistrate judge's report and recommendation may be filed within 14 days of the issuance of the report and recommendation. The Rule also provides that responses to objections may be filed within 14 days after the objections are filed. However, the Rule further specifies that

1

"[r]eply briefs may not be filed unless the moving party requests, and the presiding judge grants, leave to do so." N.D. Ga. Local Rule 72.1(E). Here, although Plaintiff asks for an extension of time to file a reply to Defendants' Response, the Court has not granted him leave to file a reply in the first instance.

The Court declines to grant Plaintiff leave to file a reply. Plaintiff fails to explain in his Motion why he needs to reply to Defendants' Response. Moreover, because Plaintiff has already filed thousands of pages of motions, exhibits, and objections in this case, it is difficult to imagine how his reply could aid the Court in its resolution of this case. Even if the Court were to grant Plaintiff leave to file a reply, it would not grant his request for an extension of time. Plaintiff has filed at least eleven requests for extension of time in this case. *See* [Doc. 7; Doc. 25; Doc. 33; Doc. 34; Doc. 39; Doc. 42; Doc. 44; Doc. 57; Doc. 61; Doc. 64; Doc. 69]. Although Plaintiff claims that his visual impairments have impeded his ability to comply with the Court's deadlines, the Court suspects, in light of the Magistrate Judge's adverse recommendation, that Plaintiff may now be seeking to delay the resolution of this case.[1]

---

[1] The Court is certainly sympathetic to litigants with health issues, including Plaintiff. However, Plaintiff's consistent ability to file motions and other voluminous documents in this case belies his contention that his visual impairments prevent him from complying with the Court's deadlines.

Accordingly, the Court **DENIES** Plaintiff's Motion for Extension of Time [Doc. 69] and declines to grant Plaintiff leave to file a reply to Defendants' Response [Doc. 68].

**IT IS SO ORDERED**, this 28th day of February, 2024.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE